

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00518-CR

Camron Leo **SANCHEZ-VASQUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8320
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

On December 2, 2019, appellant filed his appellant's brief in which he challenges the constitutionality of a state statute. The record does not reflect that the attorney general is a party or counsel in the litigation. We therefore **ORDER** appellant to complete and file in this court **by February 7, 2020** the "Challenge to the Constitutionality of a State Statute" form. *See* TEX. CONST. art. V, § 32, TEX. GOV'T CODE § 402.010.

We order the clerk of this court to provide a copy of the form to appellant. The form may also be found at https://www.txcourts.gov/media/687731/constitutionality.pdf.

It is so **ORDERED** on February 3, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court